IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL R. RAY,

                         ORDER

            Plaintiff,

                        07-C-331-C

     v.

SEVENTH AVENUE COMPANY;
MIDNIGHT VELVET, INC.;
FUN CHARGE, and GINNY'S INC.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Michael R. Ray sent a letter to the court on October 2, 2007, indicating that

he had reached a settlement with the defendants and that he would be asking the court to

dismiss the case as soon as he received the necessary papers from defendants.  I requested

that plaintiff continue to update the court on the progress of his settlement with defendants.

Now plaintiff has filed a "motion to dismiss the action in accordance with Rule 41(a)," that

I construe as a notice of voluntary dismissal.  I will accept plaintiff's notice of voluntary

dismissal of his case with prejudice pursuant to the settlement agreement of the parties.  The

clerk of court is directed to close this file.

Entered this 24th day of October, 2007.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2